

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 11, 2020

**VIA ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
Email: Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: *United States v. Dawei Huang*, **18 Cr. 57 (KPF)**

Dear Judge Failla:

    The Government writes to inform the Court that the Government has terminated its cooperation agreement with the defendant. The Government respectfully requests that the Court set a sentencing date.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

By:   s/
      Lara Pomerantz
      Alexandra Rothman
      Sheb Swett
      Assistant United States Attorneys
      (212) 637-2343/-2580/-6522

cc: Ian Marcus Amelkin, Esq. (via ECF)

Application GRANTED.  The current sentencing control date of October 27, 2020, is hereby ADJOURNED.  Defendant's sentencing is scheduled for **June 18, 2020, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Defendant's sentencing submission will be due on or before June 4, 2020, and the Government's sentencing submission will be due on or before June 11, 2020.  The Court will order a Presentence Investigation Report separately.

Dated:	February 11, 2020	SO ORDERED.
	New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE