**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 19, 2020

**BY ECF**

MEMO ENDORSED

The Honorable Katherine Polk Failla
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: **United States v. Dawei Huang**
    **18 CR 57 (KPF)**

Dear Judge Failla:

  I write with the consent of the Government to request that the Court adjourn Mr. Huang's sentencing currently scheduled for June 18, 2020 until mid-October 2020 in light of the advice given by the Centers for Disease Control and Prevention and other public health authorities to take precautions to reduce the possibility of exposure to COVID-19. In order to prepare for sentencing, I hope to have an expert meet with Mr. Huang, which will not be possible under current conditions. Moreover, my wife is pregnant and is due in July 2020. As I will be out of the office from July until September on parental leave, I respectfully request a sentencing date in October. My hope is that with this adjournment, I will be able to prepare Mr. Huang for his PSI and sentencing after the virus spread has peaked. I further request that Probation's deadline to complete the presentence interview and report be pushed back as well.

            Respectfully submitted,

            /s/
            Ian Marcus Amelkin
            Assistant Federal Defender
            Counsel for Dawei Huang
            52 Duane Street, 10th Floor
            New York, NY 10007
            (212) 417-8733

Application GRANTED.  Defendant's sentencing is hereby ADJOURNED to October 13, 2020, at 3:00 p.m.  The Court directs the United States Probation Office to adjust its deadlines in accordance with the new sentencing date.  Furthermore, Defendant's sentencing submission is due on or before September 29, 2020, and the Government's sentencing submission is due on or before October 6, 2020.

Dated:      March 19, 2020         SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE