# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 22, 2020

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, New York, NY 10007



Re:   **United States v. Dawai Huang**
      18 Cr 57 (KPF)

Dear Judge Failla:

I write with the consent of the Government to respectfully request the postponement of Mr. Huang's sentencing currently scheduled for October 13, 2020 for at least 90 days. The defense team is working diligently to prepare our sentencing submission for Mr. Huang, but we require additional time to prepare our mitigation materials. Our efforts have been slowed significantly by the COVID-19 pandemic and the challenges posed by the restrictions at the Westchester County jail, where Mr. Huang is being held.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant   Federal   Defender
Federal Defenders of New York
Tel: (212) 417-8733

Application GRANTED.  Defendant's sentencing is hereby ADJOURNED to
February 3, 2021, at 3:00 p.m.  Defendant's sentencing submission will be
due on or before January 20, 2021, and the Government's sentencing
submission will be due on or before January 27, 2021.

                                            SO ORDERED.

Dated:    September 22, 2020
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE