**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

Southern District of New York
*Jennifer L. Brown*
Attorney-in-Charge

May 7, 2021

**BY EMAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



Re: <u>United States v. Dawei Huang,</u>
    18 Cr. 57 (KPF)

Dear Judge Failla:

    I write with the consent of the government to request that the Court adjourn Mr. Huang's sentencing hearing, currently scheduled for June 10, 2021, to a date in mid-August. This additional adjournment is necessary because Mr. Huang's attorney, my colleague Ian Marcus Amelkin, remains on leave and because we are waiting on a psychological evaluation report necessary for the effective assistance of Mr. Huang at sentencing.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8749

CC: AUSAs Lara Pomerantz and Sebastian Swett

```
Application GRANTED.  The sentencing scheduled for June 10, 2021, is
hereby ADJOURNED to August 12, 2021, at 3:00 p.m.  The Court expects
to hold the proceeding in Courtroom 618 of the Thurgood Marshall
Courthouse, 40 Foley Square, New York, New York.  Any application
for a remote proceeding will be due on or before July 23, 2021.
Defendant's sentencing submission will be due on or before July 29,
2021, and the Government's submission will be due on or before
August 5, 2021.
```

Dated: May 7, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE