**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 28, 2021

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, New York, NY 10007



Re:   **United States v. Dawai Huang**
      18 Cr 57 (KPF)

Dear Judge Failla:

    I write with the consent of the Government to respectfully request the adjournment of Mr. Huang's sentencing currently scheduled for August 12, 2021 for a date in September 2021 (except for the week of September 20-24). Lily Lao, a court-approved interpreter, has been working with Mr. Huang for the length of this case. She wishes to be present for Mr. Huang's sentencing as the interpreter but she is not available on the date of sentencing. Additionally, I have just returned from a long leave of absence, and this adjournment will allow me to finalize Mr. Huang's sentencing materials. The defense expects to be prepared to move to sentencing on the date set by the Court.

Yours Sincerely,

Ian H. Marcus Amelkin
Assistant Federal Defender
Federal Defenders of New York
Tel: (212) 417-8733

Application GRANTED.  The sentencing scheduled for August 12, 2021, is hereby ADJOURNED to October 14, 2021, at 3:30 p.m.  While the Court expects to hold the proceeding in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, any application for a remote proceeding will be due on or before September 23, 2021.  Defendant's sentencing submission will be due on or before September 30, 2021, and the Government's submission will be due on or before October 7, 2021.

Dated:     June 28, 2021               SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE