UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                      :
UNITED STATES OF AMERICA
                                                                      :     PRELIMINARY ORDER OF
            - v. -                                                          FORFEITURE/
                                                                      :     MONEY JUDGMENT
DAWEI HUANG,
        a/k/a/ "David"                                                :     S2 18 Cr. 057 (KPF)


                Defendant.                                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about March 10, 2020,  DAWEI HUANG, (the "Defendant"),

was charged in a three-count Superseding Information, S2 18 Cr. 057 (KPF) (the "Information"),

with false statements, in violation of Title 18, United States Code, Sections 1001(a)(1), (a)(2)

(Count One); obstruction of justice, in violation of Title 18, United States Code, Sections 1519

(Count Two); and theft of Government funds, in violation of Title 18, United States Code, Section

641 (Count Three);

WHEREAS, the Information included a forfeiture allegation as to Count Three of

the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 981(a)(1)(C) and Title 28, United

States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is

derived from proceeds traceable to the commission of the offense charged in Count Three of the

Information, including but not limited to a sum of money in United States currency representing

the amount of proceeds traceable to the commission of the offense charged in Count Three of the

Information;

WHEREAS, on or about March 11, 2020, the Defendant pled guilty to Count Three

of the Information;

WHEREAS, the Government asserts that $2,500 in United States currency represents any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Three of the Information, that the Defendant personally obtained;

WHEREAS, the Government seeks a money judgment in the amount of $2,500 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count Three of the Information, that the Defendant personally obtained; and

WHEREAS, the Court finds that as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      As a result of the offense charged in Count Three of the Information, to which the Defendant pled guilty, a money judgment in the amount of $2,500 in United States currency (the "Money Judgment") representing the amount of proceeds traceable to the offense charged in Count Three of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DAWEI HUANG, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Dated: New York, New York
      December    2   , 2021

SO ORDERED:

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE