UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DAWEI HUANG,<br><br>                    Defendant. | 18 Cr. 57 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    It is hereby ORDERED that the S1 charging instrument and minute entry for the change of plea held on January 28, 2019 in the above-captioned action be unsealed.

    SO ORDERED.

Dated:  December 3, 2021
            New York, New York

                                                    KATHERINE POLK FAILLA
                                                  United States District Judge